December 20, 2018

**VIA ECF**

Honorable Paul A. Crotty
United States District Judge
500 Pearl Street, Chambers 1350
New York, New York 10007

    Re:    *New York Legal Assistance Group v. Board of Immigration Appeals*,
             18 Civ. 9495 (PAC)

Dear Judge Crotty:

    Plaintiff and Defendants submit this joint letter proposing a briefing schedule for the parties' respective anticipated motions. Defendants seek to file a motion to dismiss (Doc. 19), and Plaintiff seeks to file a cross-motion for summary judgment (Doc. 20). Accordingly, the parties jointly propose the following briefing schedule:

- Defendants' Motion to Dismiss to be filed by January 25, 2019;
- Plaintiff's Combined Opposition and Cross-Motion for Summary Judgment to be filed by February 22, 2019;
- Defendants' Combined Reply and Opposition to Cross-Motion to be filed by March 22, 2019; and
- Plaintiff's Reply to be filed by April 12, 2019.

    In light of the jointly proposed briefing schedule, the parties jointly request that the pre-motion conference on the anticipated motions currently scheduled for January 17, 2019, at 12:45 pm be adjourned *sine die*, unless the Court has reason to hold the conference otherwise. The parties have not previously requested adjournments or extensions of time.

Respectfully submitted,

| | |
|---|---|
| /s/ Patrick D. Llewellyn | GEOFFREY S. BERMAN |
| Patrick D. Llewellyn* | United States Attorney |
| Public Citizen Litigation Group | Southern District of New York |
| | |
| *Counsel for Plaintiff* | By:  /s/ Arastu K. Chaudhury |
| *Admitted pro hac vice | ARASTU K. CHAUDHURY |
| | Assistant United States Attorney |
| | Tel.: (212) 637-2633 |
| | arastu.chaudhury@usdoj.gov |
| | |
| | *Counsel for Defendants* |

CC:    All counsel of record (via ECF)