**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

July 14, 2023

BY ECF

Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *New York Legal Assistance Grp. v. Board of Immigration Appeals,* No. 18 Civ. 9495 (PAC)

Dear Judge Crotty:

This Office represents defendants in this closed Freedom of Information Act ("FOIA") case, in which the Court previously entered a so-ordered stipulation of settlement (the "Stipulation"), ECF No. 72, which (among other things) required the government to post certain opinions of the Board of Immigration Appeals ("BIA") in a publicly available format on its website. I write with plaintiff's consent to respectfully request an extension of one of the dates of the agreement, which will allow the government to resolve certain technical issues, and to alert the Court to a period during which those technical issues have prevented the government from complying with its obligations under the Stipulation.

**The issue.** The Executive Office for Immigration Review ("EOIR"), a defendant in this action, maintains the electronic FOIA Reading Room where the Stipulation requires certain BIA decisions to be posted. *See* Stipulation ¶¶ 1.b, 2. EOIR has determined that the FOIA Reading Room application has a defect in the code base which does not properly submit queries to the back-end database. As EOIR has learned, this is because the query was not properly designed and scaled for the amount of data to be returned. Due to the defect in the code and large volume of decisions EOIR is posting to the Reading Room pursuant to its obligations under the Stipulation, the search function to retrieve decisions slowed considerably over time.
As EOIR continued to post more decisions to the Reading Room, the search function ultimately became unusable. The Reading Room became unusable in late May, and since that time, public users have not been able to access the decisions that have already been posted. Given that the Reading Room depends on software that was developed by a commercial vendor, EOIR does not have the ability to directly update or change the code. Rather, the vendor, Opexus, provides quarterly updates with fixes to address any issues with the code.

**Efforts to resolve the issue and proposed fix.** EOIR reported the search issue to Opexus on May 25, 2023. Opexus advised EOIR that the earliest a fix could be delivered (outside the normal release cycle) would be by July 3. EOIR began testing an interim patch that will contribute to the final fix on or about June 26. EOIR has already begun testing the final fix with a plan to deploy that fix next weekend between July 21-23, once it has cleared a final security review.

Unless there are further unanticipated technical issues, the decisions already posted to the Reading Room again will be searchable by July 24. EOIR will continue posting decisions to the Reading Room, with the goal to complete the posting of all Interim FY22 BIA Decisions no later than 45 days after the original deadline of July 15, 2023. *See* Stipulation ¶ 3.b.

**The government's commitments to Plaintiff**. The government has agreed to post a notice on the Reading Room website that explains the technical issues that are occurring until such time as the Reading Room is again searchable. Recognizing that the search function on the Reading Room is not currently available, the government has also agreed to perform a limited number of searches for BIA decisions as requested by members of the public where such requests are reasonable in scope and searchable under the parameters of the system; the notice on the website will provide an email address to which such inquiries may be made. The government has committed to provide Plaintiff with updates regarding the technical fixes on a periodic basis until they are resolved. In the event the government has not made all decisions previously posted searchable by July 24, the government will alert Plaintiff no later than close of business on July 26. With respect to the decisions previously mandated to be posted by July 15, 2023, the government will provide an update to Plaintiff by no later than August 4, and in the event the government has reason to believe that it will not have all Interim FY22 BIA Decisions posted on the Reading Room by the adjourned deadline, it will alert Plaintiff immediately. In addition, in the future, if the government learns of any further technical issues or determines that it is otherwise not in compliance with the mandates of the Stipulation, it will alert Plaintiff as soon as practicable.

**Request.** For these reasons, and in light of these commitments, the government respectfully requests that the deadline to post all Interim FY22 BIA Decisions be extended by 45 days, from July 15, 2023, to September 1, 2023. No other dates in the Stipulation would be modified by this request. The government also respectfully requests that, given the government's efforts to resolve the technical issues discussed above, the Court excuse the government's limited noncompliance with the Stipulation's mandates to date. Plaintiffs consent to these requests.

The parties thank the Court for its consideration of this request.

Sincerely,

DAMIAN WILLIAMS
United States Attorney of the
Southern District of New York

By: */s/ Peter Aronoff*
Peter Aronoff
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2697
Fax: (212) 637-2717
E-mail: peter.aronoff@usdoj.gov